■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD M. SUKUP, Appellant.— Order of the Supreme Court, Queens County, dated January 18, 1967, affirmed. No opinion. Appeal from order of said court

dated January 30, 1967 dismissed. No appeal lies from an order denying a motion for reargument. Christ, Acting P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.